UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ADVANCE LIFTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC., et al.,<br><br>Defendants. | Case No. 21-cv-04361-SBA<br><br>**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** |

This action having been reassigned to the Honorable Saundra Brown Armstrong,

IT IS ORDERED that this action is assigned to the Case Management Program and shall be governed by Civil L.R. 16-2. The dates listed in the Order Setting Initial Case Management Conference remain in effect except that the initial Case Management Conference is rescheduled for September 16, 2021 at 2:45 P.M., **via telephone**. A joint case management conference statement is due 7 days prior.

Counsel shall join the conference line (888) 684-8852 promptly at the date and time specified. The access code to join the conference is 7281326. Please be advised that conferences in other cases may precede and/or follow the conference scheduled in this case. When connecting, you may hear music and/or another conference; please be patient and wait for your case to be called before making an appearance. When your case management conference concludes, please exit without delay to clear the line for other proceedings.

Plaintiff is directed to serve a copy of this Order at once on all parties to this action not enrolled in the e-filing program in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

Dated: August 27, 2021

_____
SAUNDRA BROWN ARMSTRONG
United States Senior District Judge